

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00464-CV

| | | |
|---|---|---|
| Bobby Duncan | § | From the 141st District Court |
| | § | of Tarrant County (141-237976-09) |
| v. | § | February 12, 2015 |
| | § | Opinion by Justice Gardner |
| First Texas Homes and First Texas Homes, Inc. | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellees First Texas Homes and First Texas Homes, Inc. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner